IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  1:22-cv-00462

STEPHEN BUSHANSKY,

    Plaintiff,

v.

APRIA, INC.,
DANIEL J. STARCK,
JOHN G. FIGUEROA,
MICHAEL AUDET,
JOHN R. MURPHY,
NORMAN C. PAYSON,
DEVON RINKER,
NEIL P. SIMPKINS,
LYNN SHAPIRO SNYDER,
MIKE S. ZAFIROVSKI,
TERESA KLINE, and
SUSANNAH GRAY,

    Defendants.

## NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff Stephen Bushansky ("Plaintiff") voluntarily dismisses the claims in the captioned action (the "Action").  Because this notice of dismissal is being filed with the Court before service by defendants of either an answer or a motion for summary judgment, Plaintiff's dismissal of the Action is effective upon the filing of this notice.

Dated: June 10, 2022

Respectfully submitted,

By: */s/ Michael A. Rogovin*
Michael A. Rogovin
**WEISS LAW**
476 Hardendorf Ave. NE
Atlanta, GA 30307
Telephone: 404/692-7910
Facsimile: 212/682-3010

*Attorneys for Plaintiff*

2