IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 22-cv-00462-MEH

STEPHEN BUSHANSKY,

      Plaintiff,

v.

APRIA, INC.,
DANIEL J. STARCK,
JOHN G. FIGUEROA,
MICHAEL AUDET,
JOHN R. MURPHY,
NORMAN C. PAYSON,
DEVON RINKER,
NEIL P. SIMPKINS,
LYNN SHAPIRO SNYDER,
MIKE S. ZAFIROVSKI,
TERESA KLINE, and
SUSANNAH GRAY,

      Defendants.

---

## ORDER

**Michael E. Hegarty, United States Magistrate Judge**.

Before the Court is Plaintiff's Notice of Voluntary Dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). ECF 7. The case was dismissed without prejudice as of the entry of the Notice. Fed. R. Civ. P. 41(a)(1)(A)(i) (providing that the "plaintiff may dismiss an action *without a court order* by filing: . . . . a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment") (emphasis added)). No order of dismissal is necessary.  The Clerk of Court shall close this case.

In light of the foregoing, the Scheduling Conference currently set for June 30, 2022 is **vacated**.

Dated and entered at Denver, Colorado, this 13th day of June, 2022.

BY THE COURT:

Michael E. Hegarty
United States Magistrate Judge